UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN L. LIEBAU,

          Plaintiff,

v.

DYKEMA GOSSETT, PLLC,

          Defendant.
_____/

Civil Action No. 21-11823

Shalina D. Kumar
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER GRANTING DEFENDANT DYKEMA GOSSETT, PLLC'S MOTION FOR PROTECTIVE ORDER (ECF No. 13)

This is an employment discrimination case brought by plaintiff Kathleen L. Liebau ("Liebau") against her former employer, Dykema Gossett, PLLC ("Dykema"). Before the Court is Dykema's motion for protective order, which asks the Court to order Liebau "to return or destroy" a slew of Dykema documents that she obtained prior to her termination, and which, despite Dykema's repeated requests, she has refused to return. (ECF No. 13). Liebau filed a response, and Dykema filed a reply. (ECF Nos. 14, 16). The Court heard oral argument on July 20, 2022.

For the detailed reasons stated on the record, **IT IS ORDERED** that Dykema's motion for protective order **(ECF No. 13) IS GRANTED**. Within **seven days**, Liebau shall destroy or return to Dykema all copies in her possession of the documents referenced in Dykema's motion (ECF No. 13, PageID.78), and shall provide Dykema with a certification attesting to compliance with this Order. Liebau shall be precluded from using the aforementioned documents for any purpose in this litigation.

IT IS SO ORDERED.

Dated: July 20, 2022  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 20, 2022.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager