UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN L. LIEBAU,

    Plaintiff,

v.

DYKEMA GOSSETT, PLLC, a Michigan professional limited liability company,

    Defendant.

Case No: 21-cv-11823

Judge Shalina D. Kumar

Magistrate Judge David R. Grand

_____/

| | |
|---|---|
| STERLING ATTORNEYS AT LAW, P.C.<br>By: Raymond J. Sterling (P34456)<br>    Brian J. Farrar (P79404)<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Pkwy. Ste 250<br>Bloomfield Hills, MI 48304<br>(248) 644-1500<br>rsterling@sterlingattorneys.com<br>bfarrar@sterlingattorneys.com | KIENBAUM HARDY VIVIANO<br> PELTON & FORREST, P.L.C.<br>By: Elizabeth Hardy (P37426)<br>    David Porter (P76785)<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>dporter@khvpf.com |

_____/

**DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD**

Defendant Dykema Gossett, PLLC, moves to supplement the summary judgment record to provide the Court information it requested during the hearing on Defendant's Motion for Summary Judgment. In support, it states:

1. On January 25, 2023, this Court held a hearing on Defendant's Motion for Summary Judgment.

2. During that hearing, this Court inquired about Plaintiff's historical performance reviews and write-ups while under Susan Choma's supervision.

3. Although some of this information is already in the record before the Court (*see* ECF No. 24-7, PageID.658; ECF No. 24-8, PageID.660), and Defendant reiterates its position that the record evidence presently before the Court is sufficient to grant Defendant's Motion for Summary Judgment, to satisfy the Court's inquiry, Defendant now supplements the summary judgment record to provide the Court with all of Plaintiff's performance-related records beginning in 2012, when Ms. Choma became Plaintiff's supervisor. Defendants direct this Court's attention to the documents located at Dykema/Liebau 396–402 for records showing performance issues documented by Ms. Choma prior to 2017—the focus of the Court's inquiry.

4. This Court has the discretionary authority to allow supplementation of the record for good case shown. *See Duha v. Agrium, Inc.*, 448 F.3d 867, 881 (6th Cir. 2006). This Court's questions during the hearing establish the necessary good

1

cause because they demonstrate that this Court may consider such information pertinent as part of its summary judgment ruling.

5. All records being submitted have been exchanged between the parties during discovery.

6. Counsel for Defendant notified Plaintiff's counsel about this filing and requested concurrence. Plaintiff's counsel responded that he did not believe additional submissions were requested or necessary but that, "to the extent the Court will consider it, [he] do[es] not object to these records."

Respectfully submitted,

KIENBAUM HARDY VIVIANO
 PELTON & FORREST, P.L.C.

By: /s/ Elizabeth Hardy
    Elizabeth Hardy (P37426)
    280 N. Old Woodward Avenue, Ste 400
    Birmingham, MI 48009
    (248) 645-0000
    ehardy@khvpf.com

Dated: January 26, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will provide electronic copies to all ECF participants.

/s/ *Elizabeth Hardy*
Elizabeth Hardy (P37426)
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
