UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KATHLEEN L. LIEBAU,<br><br>                  Plaintiff,<br><br>v.<br><br>DYKEMA GOSSETT, PLLC,<br><br>                  Defendant. | Case No. 21-cv-11823<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## JUDGMENT

In accordance with the court's Opinion and Order entered on today's date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated at Flint, Michigan, this 2nd day of March, 2023.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT


                                        <u>s/Tammy Hallwood</u>
                                        Deputy Clerk

2

APPROVED:


s/Shalina D. Kumar
SHALINA D. KUMAR
UNITED STATES DISTRICT JUDGE