UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KATHLEEN L. LIEBAU

        Plaintiff(s),          Case No. 21-cv-11823

v.          Hon. Shalina D. Kumar

DYKEMA GOSSETT, PLLC          Magistrate David R. Grand

        Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Kathleen L. Liebau** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☐ Order

☑ Other: Opinion and Order Granting Defendant's Motion for Summary Judgment and Judgment

entered in this action on March 2, 2023.

Date: March 30, 2023          /s/Brian J. Farrar

Counsel is: RETAINED

Brian J. Farrar (P79404)
Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
(248) 644-1500 phone
(248) 644-1509 fax
bfarrar@sterlingattorneys.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.