# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 15, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

              Re: Case No. 23-1301, *Kathleen Liebau v. Dykema Gossett, PLLC*
                  Originating Case No. : 4:21-cv-11823

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Mackenzie A. Collett
                                            For Antoinette Macon

cc: Mr. Brian J. Farrar
     Ms. Elizabeth Phelps Hardy
     Mr. David Andrew Porter

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-1301

_____

Filed: May 15, 2024

KATHLEEN L. LIEBAU

    Plaintiff - Appellant

v.

DYKEMA GOSSETT, PLLC

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 04/23/2024 the mandate for this case hereby issues today.

COSTS: None